# Court of Appeals
# of the State of Georgia

ATLANTA,_ December 02, 2016 _

*The Court of Appeals hereby passes the following order:*

## A17D0167.  DONALD A. WEISSMAN v. JUDY BAHR.

Frederick Bahr and Judy Bahr divorced in 2015.  Donald A. Weissman represented Frederick Bahr in the action.  Weissman filed a contempt action against Judy Barr to enforce provisions of the Bahrs' divorce decree related to the division of personal property, which required that such disputes be submitted to arbitration. After the arbitration, Weissman served a subpoena on the judge who arbitrated the case, which Judy Bahr moved to quash.  The trial court held Weissman in contempt and ordered that he pay attorney fees to Judy Bahr, pursuant to OCGA § 9-15-14, and granted Judy Bahr's motion to quash the subpoena.  Weissman seeks discretionary review of the trial court's order.

The Georgia Supreme Court has jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  As the underlying subject matter of this application is divorce, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_ 12/02/2016 _*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.